**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED HEALTHCARE INSURANCE**                                      **PLAINTIFF**
**COMPANY**

**v.**                                                           **CIVIL ACTION NO. 2:17-CV-69-KS-MTP**

**MELISSA ANN CLABURN &**
**E.J., a minor child**                                                         **DEFENDANTS**

## ORDER

On June 11, 2017, Plaintiff E.J. ("Movant") filed his Motion for Attorney Fees [5]. Plaintiff Melissa Ann Claburn ("Respondent") has until on or before **June 19, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **June 26, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __14th___ day of June, 2017.


                                                   __s/Keith Starrett_____
                                                   KEITH STARRETT
                                                   UNITED STATES DISTRICT JUDGE