IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED HEALTHCARE INSURANCE COMPANY | PLAINTIFF |
| v. | CIVIL ACTION NO. 2:17-CV-69-KS-MTP |
| MELISSA ANN CLABURN & E.J., a minor child | DEFENDANTS |

## ORDER

This matter is before the Court on the Motions for Attorney Fees [5] filed by Defendants. Because Defendants have received no favorable ruling in this action that could be the basis for attorney's fees and because they cite no authority showing that they are entitled to attorney's fees, the Court hereby **denies** their motion.

SO ORDERED AND ADJUDGED on this the __25th____ day of August, 2017.

                                            __s/Keith Starrett_____
                                            KEITH STARRETT
                                            UNITED STATES DISTRICT JUDGE